**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1484**

CHARLES D. WILLINGHAM,

              Plaintiff - Appellant,

        v.

CHRISTIAN A. STRANGFELD; MIMI EILENE REYNOLDS; IRON WORKS TEMP SER.; BRASFIELD & GORRIE CORP.,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:18-cv-00092-MOC-DLH)

Submitted: July 26, 2018                           Decided:  July 30, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles D. Willingham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Willingham appeals the district court's order dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Willingham's informal brief does not challenge the bases for the district court's disposition, Willingham has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*